LAN TU TRINH, Petitioner

v.

Kathleen Lien TRINH a/k/a Lein Bich Trinh and LT International Beauty School, Inc., Respondents

No. 315 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal and Petitions for Leave to Amend are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey PALMER, Petitioner

No. 285 EAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Hilton FREEMAN, Petitioner

No. 560 MAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

AND NOW, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.